IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 24-cv-03184-TPO

TYLER SCHNEIDER,
individual and on behalf of similarly situated others,

      Plaintiff,

v.

MOUNTAINSIDE PIZZA, INC., and
BRENT HAMILL,

      Defendants.

## MINUTE ORDER

**Entered by Timothy P. O'Hara, United States Magistrate Judge, on March 12, 2025.**

      Before this Court is Plaintiff's Notice of Voluntary Dismissal without Prejudice. ECF 12. Plaintiff seeks dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i). That rule permits a plaintiff to voluntarily dismiss a civil action without a court order before the defendant has answered or moved for summary judgment. Because Defendants have not yet answered the complaint, that rule applies here. Nor did the Defendants respond in opposition to the Notice of Voluntary Dismissal without Prejudice.

      Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff's voluntary dismissal is self-effectuating. Accordingly, this matter was dismissed without prejudice as of the filing of the Notice.

      The Scheduling Conference set for April 8, 2025 and its associated deadlines are **vacated**. The Clerk of Court shall **close** the case.